1  JAMES R. MCGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  KAY FITZ-PATRICK (CA SBN 252977)
   KFitzPatrick@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  AARON VAN OORT *(pro hac vice)*
   Aaron.VanOort@faegrebd.com
7  AMANDA ROME *(pro hac vice)*
   Amanda.Rome@FaegreBD.com
8  MOLLY J. STREIFF *(pro hac vice)*
   Molly.Streiff@FaegreBD.com
9  FAEGRE BAKER DANIELS LLP
   2200 Wells Fargo Center
10 90 South Seventh Street
   Minneapolis , Minnesota  55402-3901
11 Telephone:   612 766 7000
   Facsimile:   612 766 1886

12
   Attorneys for Defendant
13 CAPITAL ONE BANK (USA), N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRISCILLA BARTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | Case No. 12-cv-5412<br><br>**CLASS ACTION**<br><br>STIPULATION SETTING BRIEFING SCHEDULE AND RESETTING INITIAL CMC AND [P~~ROPOS~~ED] ORDER<br><br>Honorable Susan Illston<br><br>Complaint filed: October 19, 2012 |

STIPULATION AND [PROPOSED] ORDER
sf-3231468

## STIPULATION

Pursuant to Civil Local Rule 6-2, 7-11, and 16-2, the Defendant, Capital One Bank (USA), N.A. ("Capital One") and Plaintiff Priscilla Barton hereby submit this Stipulated Request for an Order Setting Briefing Schedule and Resetting the Initial Case Management Conference.

WHEREAS, on November 13, 2012, prior to the reassignment of this action to this Court, the parties filed a stipulation extending the deadline for Capital One to respond to the complaint to on or before December 28, 2012 (ECF No. 13);

WHEREAS, Capital One intends to file a motion to dismiss;

WHEREAS, the parties believe that the issues presented by the case warrant a briefing schedule that permits additional time, and wish to establish such a schedule and hearing in an orderly fashion;

WHEREAS, the Initial Case Management Conference is currently scheduled for January 25, 2013 and the case management statement due January 18, 2013 (ECF No. 16);

WHEREAS, in the interests of the convenient and efficient administration of this action, the CMC should be conducted at the same time as the hearing on the motion to dismiss,

THEREFORE, the parties request an Order setting the following schedule:

1. Capital One's motion to dismiss: January 4, 2013;
2. Plaintiff's opposition: February 1, 2013;
3. Capital One's reply: February 15, 2013;
4. Hearing: March 1, 2013, or the next available hearing date thereafter;
5. Initial Case Management conference: March 1, 2013, or the next available date thereafter.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 26, 2012 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By:  /s/ James R. McGuire<br>James R. McGuire |
| 5 | | Attorneys for Defendant<br>CAPITAL ONE BANK (USA), N.A. |
| 6 | | |
| 7 | Dated: December 26, 2012 | STEVE W. BERMAN (*Pro Hac Vice*)<br>ARI Y. BROWN (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 8 | | |
| 9 | | HARRY SHULMAN |
| 10 | | SHULMAN LAW |
| 11 | | |
| 12 | | By:  /s/ Ari Y. Brown<br>ARI Y. BROWN |
| 13 | | Attorneys for Plaintiff<br>PRISCILLA BARTON |

### GENERAL ORDER 45 ATTESTATION

I, James R. McGuire, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with General Order 45, X.B., I hereby attest that Ari Y. Brown has concurred in this filing.

 /s/ James R. McGuire
James R. McGuire

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 1/8/13

_[signature]_
Hon. Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER
sf-3231468

2