UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA BARTON,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No. 12-cv-05412-JST<br><br>**ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL**<br><br>Re: Dkt. No. 34. |

Plaintiff has moved to permit Attorneys Berman, Brown and Scarlett, and the law firm Hagens Berman Sobol Shapiro LLP, to withdraw as attorneys of record. Dkt. No. 34. The Court construes this is a request to permit the substitution of the firm Kabeteck Brown Kellner LLP for Hagens Berman Sobol Shapiro LLP. See Civil Local Rule 5-1(c)(2)(E). Plaintiff also continues to be represented by Attorney Shulman, and Defendant has assented to the Motion. Therefore, the Motion is GRANTED.

**IT IS SO ORDERED**.

Dated: March 6, 2013

                                                        _____
Jon S. Tigar
United States District Judge